# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Alexander Moore, et. Al.,

V.

A Bright Future, et. Al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   06cv1310 (AJB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Guardian Ad Litem is authorized to execute settlement documents reasonably necessary to carry out the terms of the settlement and the completion of the compromise of this disputed claim. The case is now concluded and the matter is herewith terminated from the civil docket................................................................
................................................................................................................................................................

| February 28, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | B. Robinson |
| | (By) Deputy Clerk |

ENTERED ON February 28, 2007